USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __2/11/2020__

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

## MEMO ENDORSED

February 10, 2020

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

> Sentencing is adjourned to April 7, 2020, at 3:30 PM.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: __2/11/2020__
> New York, New York

re: USA v. Manuel Rodriguez
    19cr264 (ER)

Dear Judge Ramos;

    I did not receive the Presentence Report until February 4, 2020. Consequently, with the consent of the Government by AUSA Ryan Finkel, I write to request sentencing be re-scheduled to a date after March 31, 2020. This will permit me time to obtain sentencing materials from inside and outside of the USA.
    Thank you.

Respectfully,

B. Alan Seidler

bas/ee