LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 6, 2020
```

**MEMO ENDORSED**

April 1, 2020

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

> The April 7 sentencing is adjourned to June 5, 2020, at 10:30 AM.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:  4/6/2020
> New York, New York

re: USA v. Manuel Rodriguez
    19cr264 (ER)

Dear Judge Ramos;

   I write to request an approximate 60 days continuance of the April 7th Rodriguez sentencing. Because of the Virus I do not have access to my office, my files, and the MDC is on lockdown. I am ordered to "stay in place," and at my age with a preexisting medical condition that is a good idea in any event.
   Thank you.

                                Respectfully
                                B. Alan Seidler

bas/ee