LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

**MEMO ENDORSED**

June 1, 2020

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

re: USA v. Manuel Rodriguez
    19cr264 (ER)

Dear Judge Ramos;

> The June 5 sentencing is adjourned to July 22, 2020 at 9:00 AM
> SO ORDERED.
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 6/2/2020
> New York, New York

I write to request an approximate 45 days continuance of the Rodriguez sentencing. Because of the Virus I do not have access to my office, my files, and the MDC is still on lockdown. I am still ordered to "stay in place," and at my age with a preexisting medical condition that is a good idea in any event.

Thank you.

Respectfully,
B. Alan Seidler

bas/ee